# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

Vicente Campos,

           Plaintiff(s),    Case No. 16-cv-14115

v.                                  Judith E. Levy
                                  United States District Judge

Quicken Loans, Inc.,

                                  Mag. Judge Patricia T. Morris
           Defendant(s).

_____/

## ORDER GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT [14]

The Court held a hearing in the above captioned matter regarding defendant's motion for summary judgment. (Dkt. 14.) For the reasons set forth on the record, defendant's motion is granted. Plaintiff voluntarily dismissed his Family and Medical Leave Act Claim. Defendant is entitled to summary judgment on all remaining counts in plaintiff's complaint.

The Court notes the parties agree that plaintiff's Michigan Persons with Disabilities Act "substantially mirrors the ADA, and resolution of plaintiff's ADA claim will resolve plaintiff's [Persons with

Disabilities Act] claim." (Dkt. 16 at 26.) Accordingly, defendant is entitled to summary judgment on plaintiff's Persons with Disabilities Act claim for the same reasons defendant is entitled to summary judgment on plaintiff's Americans with Disabilities Act claims.

IT IS SO ORDERED.

Dated: January 18, 2018  
Ann Arbor, Michigan

s/Judith E. Levy  
JUDITH E. LEVY  
United States District Judge

### CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on January 18, 2018.

s/Shawna Burns  
SHAWNA BURNS  
Case Manager